UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ, on behalf of herself
and all others similarly situated,

                Plaintiff,

     v.

ROBERT W. BAIRD & CO.
INCORPORATED,

                Defendant.

**ORDER**

18 Civ. 8017 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      On February 7, 2019, this Court signed the parties' stipulation for dismissal.

(Dkt. No. 21)  Accordingly, the Clerk of the Court is directed to close this case.

Dated: New York, New York
       April 30, 2019

                                      SO ORDERED.

                                      */s/ Paul G. Gardephe*

                                      Paul G. Gardephe
                                      United States District Judge